aspects, and thus affirm the district court judgment.

AFFIRMED.

Thompson, Knight, Simmons & Bullion, John A. Mackintosh, Jr., Dallas, Tex., for Sanders Assoc.

Jackson, Walker, Winstead, Cantwell & Miller, Jack Pew, Jr., Dallas, Tex., for Harris Corp. and Harris Data.

**Wayne BURNSIDE, Plaintiff-Appellant,**

v.

**SANDERS ASSOCIATES, INC., Harris Corporation and Harris Data Communications, Inc., Defendants-Appellees.**

No. 80–1161.

United States Court of Appeals,
Fifth Circuit.
Unit A,

March 27, 1981.

Berman, Fichtner & Mitchell, Harold B. Berman, Douglas E. Yeager, Dallas, Tex., for plaintiff-appellant.

* District Judge of Western District of Texas, sitting by designation.

Before RUBIN and GARZA, Circuit Judges, and SUTTLE *, District Judge.

PER CURIAM:

We affirm the judgment appealed from for the reasons set forth in the district court's opinion, published at 507 F.Supp. 165 (N.D.Tex.1980).

AFFIRMED.